UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                           )
DARREN KONDASH, individually )
and on behalf of others    )
similarly situated,        )
                           )
          Plaintiff,       )
                           )
     v.                    )    C.A. No. 18-288 WES
                           )
CITIZENS BANK,             )
NATIONAL ASSOCIATION,      )
                           )
          Defendants.      )
_____)
```

**ORDER**

On November 12, 2020, following a final fairness hearing, the Court gave final approval to the parties' settlement agreement. See Final Approval Order and Judgment, ECF No. 49. However, the Court reserved ruling (with the exception of the incentive award) on Plaintiff's Motion for Attorneys' Fees, Expenses, and Incentive Award, ECF No. 45, and directed Plaintiff to submit supplemental briefing regarding fees and costs. See Final Approval Order and Judgment ¶ 16. Following Plaintiff's submission of additional briefing and affidavits, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation, ECF No. 51, recommending that the Court grant the Motion.

After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the report and ADOPTS the recommendations and reasoning set forth therein. Plaintiff's Motion for Attorneys' Fees, Expenses, and Incentive Award, ECF No. 45, is GRANTED, and the following payments from the settlement fund are approved:  attorneys' fees for class counsel of $612,500, and reimbursement for costs and expenses of $13,544.84.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
District Judge
Date:  January 7, 2021